# Court of Appeals
# of the State of Georgia

ATLANTA,  May 03, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1255. ARIENNE BATTISTE RICHARDS et al. v. KEVIN M. WATKINS.**

This appeal arises out of a dispossessory action filed by Kevin M. Watkins against Arienne Battiste Richards and Annie Battiste ("Tenants"). Claiming they had an interest in the property in question, the Tenants filed a counterclaim against Watkins and a notice of lis pendens as to the property. After all claims were resolved against the Tenants, the trial court issued an order canceling the notice of lis pendens. The Tenants appealed that order, but their appeal was dismissed after they failed to file a brief. Case No. A22A0036 (dismissed February 7, 2022). Following remittitur, the trial court entered an order dismissing the Tenants' notice of appeal. The Tenants then filed the current appeal from the trial court's order.

This Court's order dismissing the Tenants' original appeal from the order canceling the notice of lis pendens operated to affirm the judgment of the trial court. *Williams v. State*, 335 Ga. App. 468, 469 (1) (781 SE2d 791) (2016). See also *Aetna Casualty & Surety Co. v. Bullington*, 227 Ga. 485, 485 (2) (181 SE2d 495) (1971). And "it matters not that the dismissal of [the Tenants'] previous appeal did not reach the merits of [their] claim because the dismissal, nevertheless, constitutes binding law of the case." *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011). Given that the Tenants are not entitled to a second opportunity to appeal the order canceling the notice of lis pendens, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  05/03/2022*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*